HILL, ATTORNEY GENERAL OF TEXAS, ET AL. *v.*
PRINTING INDUSTRIES OF THE
GULF COAST ET AL.

No. 74–456.   Argued April 15, 1975—Decided June 30, 1975

*John W. Odam,* Executive Assistant Attorney General
of Texas, argued the cause for appellants.   On the briefs
were *John L. Hill,* Attorney General, *pro se, David M.
Kendall,* First Assistant Attorney General, and *Elizabeth
B. Levatino,* First Special Assistant Attorney General.

*Gerald M. Birnberg* argued the cause for appellees.
With him on the brief were *James T. Evans* and *Michael
Anthony Maness.**

PER CURIAM.

The parties to this case have informed us that the
State of Texas has enacted the Political Funds Re-
porting and Disclosure Act of 1975, which will become
effective on September 1, 1975.† Section 11 of that Act
substantially amends Art. 14.10 (b) (Supp. 1974–1975)
of the Texas Election Code, the constitutionality of which
is at issue in this appeal.   Although the parties take the
position that these amendments do not affect this case,

---

*\*David Crump* filed a brief for Common Cause as *amicus curiae*
urging reversal.

†Tex. Const., Art. 3, § 39.

we prefer to remand the case to the District Court for reconsideration in light of the recent amendments, rather "than render an unnecessary judgment on the validity of the constitutional views expressed by the District Court." *White* v. *Regester, ante,* p. 935.

The judgment of the District Court is vacated. The case is remanded to that court for reconsideration in light of the new legislation and for dismissal if the case is or becomes moot.

*So ordered.*

MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case.